# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Carol Herriges, as Personal Representative of the
Estate of Dieter Herriges-Love, Deceased,

        Plaintiff,

v.

COUNTY OF MACOMB, a political
subdivision of the State of Michigan;
AARON HORNE; GARY BABICH;
CORRECT CARE SOLUTIONS, LLC, a
foreign limited liability company;
DR. LAWRENCE SHERMAN; JAMIE
KNEISLER, RN, Jointly and Severally,

        Defendants.

Case No: 2:19-cv-12193
District Judge: David M. Lawson
Magistrate Judge: Elizabeth A. Stafford

---

GARRISON LAW, P.C.
Trevor B. Garrison (P69255)
Attorney for Plaintiff
1523 North Main Street
Royal Oak, MI 48067
(248) 847-1000
tgarrison@garrison-law.com

MACOMB COUNTY CORPORATION COUNSEL
John A. Schapka (P36731)
Robert S. Gazall (P41350)
Attorneys for County of Macomb;
Aaron Horne and Gary Babich
One S. Main Street, 8th Floor
Mount Clemens, MI 48043
(586) 469-6346
john.schapka@macombgov.org
robert.gazall@macombgov.org

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Attorneys for Correct Care Solutions, LLC,
Lawrence Sherman, M.D., and Jamie Kneisler, R.N.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com

**DEFENDANTS CORRECT CARE SOLUTIONS, LLC; LAWRENCE SHERMAN, M.D.; AND JAMIE KNEISLER, R.N.'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF MORBIDITY MORTALITY REVIEWS IN RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**EXHIBIT J**  Spreadsheet of Inmate Suicides at Macomb County Jail by date

| Macomb County Jail Inmate Morbidity Morality Review Records Requested | |
|---|---|
| **NAME OF INMATE** | **DATE OF SUICIDE OR ATTEMPT** |
| Carl Tarzwell | 6/20/2001 |
| Patricia House – Attempt | 12/11/2001 |
| Mohamed Abdul-Fazal Chowdhury | 1/8/2010 |
| Christopher Drewek | 8/24/2010 |
| Benjamin Trombley | 3/18/2011 |
| Joey Weathington | 4/24/2011 |
| Kristina Prochnow | 8/15/2011 |
| CCS entered into a K for services on 10-1-2011 | 10/1/2011 |
| Vanessa Sexton | 2/6/2015 |
| CCS became compliant with PSQIA | 5/26/2016 |
| Dieter Herriges-Love | 7/26/2017 |
| Alfred Paige | 8/30/2018 |
| Kalieb Solomon | 9/13/2019 |
| Steven Long | 10/20/2019 |